IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD,<br><br>                    Plaintiff,<br><br>    v.<br><br>TIAA BOARD OF OVERSEERS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA; TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC; AND JARROD FOWLER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,<br><br>                    Defendants. | Civil Action No. 13 CV 7405 (DAB) |

**NOTICE OF MOTION ON BEHALF OF DEFENDANT JARROD FOWLER
TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that upon this Notice of Motion, the Memorandum of Law in Support of Defendants' Motion, the annexed declaration of Eric B. Sigda, Esq., dated November 19, 2013, and upon prior proceedings and pleadings filed herein, Defendants now move this Court before the Honorable Deborah A. Batts, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an Order dismissing the Amended Complaint in its entirety as to Defendant Jarrod Fowler on the basis that Mr. Fowler is not subject to personal jurisdiction in this Court and therefore must be dismissed as a party defendant pursuant to Federal Rule of Civil Procedure 12(b)(2).

ATL 19456968v1

Dated: New York, New York
November 19, 2013

                                                          Respectfully submitted,

                                                          GREENBERG TRAURIG, LLP

                                                          By:*/s/ Eric B. Sigda*
                                                             Eric B. Sigda (ES-1827)
                                                          Met Life Building
                                                          200 Park Avenue
                                                          New York, New York 10166
                                                          sigdae@gtlaw.com
                                                          (212) 801-9386

David W. Long-Daniels*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia  30305
(678) 553-2100
\* *Application for admission*
 *pro hac vice forthcoming*

                                                         Attorneys for Defendant Jarrod Fowler

ATL 19456968v1