IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD, <br><br> Plaintiff, <br><br> v. <br><br> TIAA BOARD OF OVERSEERS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA; TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC; AND JARROD FOWLER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, <br><br> Defendants. | Civil Action No.  13 CV 7405 (DAB) |

**NOTICE OF MOTION ON BEHALF OF DEFENDANTS
TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

PLEASE TAKE NOTICE that upon this Notice of Motion, the Memorandum of Law in Support of Defendants' Motion, the annexed affirmation of Eric B. Sigda, Esq., dated November 19, 2013, and upon prior proceedings and pleadings filed herein, Defendants now move this Court before the Honorable Deborah A. Batts, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York  10007-1312, for an Order dismissing the Amended Complaint in its entirety on the basis that venue in this Court is improper under 28 U.S.C. § 1391 or, in the alternative, for an Order pursuant to 28 U.S.C. § 1406(a) transferring this litigation to the United States District Court for the Western District of North Carolina.

ATL 19456914v1

Dated: New York, New York
November 19, 2013

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

By:/s/ *Eric B. Sigda*
    Eric B. Sigda (ES-1827)
Met Life Building
200 Park Avenue
New York, New York 10166
sigdae@gtlaw.com
(212) 801-9386

David W. Long-Daniels*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia  30305
(678) 553-2100
* *Application for admission
 pro hac vice forthcoming*

        Attorneys for Defendants

ATL 19456914v1