

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Lawrence M. Pearson**
lpearson@thompsonwigdor.com

November 27, 2013

**VIA ECF**

The Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Richards-Donald v. TIAA Board of Overseers, *et al.* (13 CV 7405 (DAB))</u>

Dear Judge Batts:

We represent Plaintiff Cynthia Richards-Donald in the above-referenced matter. We write to respectfully request that the Court extend Plaintiff's time to amend her Complaint to December 13, 2013, in accordance with Your Honor's order of November 25, 2013 granting Plaintiff leave to amend. This is Plaintiff's first request for an extension of any kind in this action. Defendants have consented to this extension. Please find a fully executed stipulation by the parties to this effect, attached hereto. Thank you for your consideration of this matter.

Respectfully submitted,

Lawrence M. Pearson

cc:    Eric B. Sigda, Esq. (via email)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CYNTHIA RICHARDS-DONALD,

                             Plaintiff,

              v.

TIAA BOARD OF OVERSEERS;
TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA; TIAA-CREF
INDIVIDUAL & INSTITUTIONAL SERVICES,
LLC; and JARROD FOWLER, in his individual
and official capacities,

                         Defendants.

-----------------------------------------------------------------X

Index No. 13 CV 7405 (DAB)

**STIPULATION EXTENDING**
**TIME TO AMEND COMPLAINT**

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, Cynthia Richards-Donald,  and Defendants TIAA Board of Overseers, Teachers Insurance and Annuity Association of America, TIAA-CREF Individual & Institutional Services, LLC and Jarrod Fowler (collectively"Defendants") that the time for Plaintiff to amend its Complaint in this Action will be extended to and including December 13, 2013.  No previous extensions have been requested in this Action.

Dated: New York, New York
      November 26, 2013

**GREENBERG TRAURIG, LLP**

By: _____
    Eric B. Sigda

Met Life Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9386

sigdae@gtlaw.com

*Counsel for Defendants*

**THOMPSON WIGDOR LLP**

By: _____
    Douglas H. Wigdor
    Lawrence M. Pearson

85 Fifth Avenue
New York, NY 10003
Tel: (212) 257-6800
Fax: (212) 257-6845

dwigdor@thompsonwigdor.com
lpearson@thompsonwigdor.com

*Counsel for Plaintiff*

SO ORDERED:

_____
Hon. Deborah A. Batts, U.S.D.J.